To: The Clerk of Court

2/4/08

FILED

I (Davire Adams / 15119-014#) desperately need to know if i can recieve relief from the new law: 18 U.S.C. 3582 (c)(2) motion for two level reduction of sentence pursuant to amendment 9 enacted on Dec. 11, 2007.

I have also enclosed in this letter a response from my lawyer (Alan J. Sobol, Appointed federal public defender), I need to know if its possible could the Clerk/Courts please re-appoint (lawyer) Alan J. Sobol in dealing with this matter? (if not counsel still needed)

This is my case: Re. United States Vs. Davire Adams - Case no# 3:03 CR 107 (SRU)
Sentenced under 2-counts
Count ①: 21: 841(a)(1) & 841(B)(1)(c)
Count ②: 21: 841(a)(1) & 841(b)(1)(B)
Sentenced to count ②

(Sentence: Date: 3/26/04)
72 months, 5 yrs probation
(Judge) Stephan R. Underhill

Thankyou

Davire Adams



RECEIVED
JAN -2 2008

To: Mr. Alan J. Sobel

This is Dwaine Adams and I wanted to know would i recieve any relief from the new law: 18 U.S.C. 3582(c)(2) Motion for two level reduction of sentence pursuant to Amendment 9 enacted on Dec. 11, 2007

If so what would be the procedure? Thank you for your time

Dwaine Adams

Sentenced under counts:
① 21:841(a)(1) & 841(B)(1)(c)
② 21:841(a)(1) & 841(b)(1)(B) (sentenced to count "2")

Sentence 70 months, 5 yrs probation
(judge) Stefan R. Underhill
   Date: 3/24/04

## O'CONNELL, FLAHERTY & ATTMORE, L.L.C.

ATTORNEYS AT LAW
280 TRUMBULL STREET
HARTFORD, CONNECTICUT 06103-3598
TELEPHONE (860) 548-1300
FACSIMILE (860) 548-0023



ALAN J. SOBOL

OTHER OFFICES
1350 MAIN STREET, SPRINGFIELD, MA 01103
22 MAIN STREET, MOOSUP, CT 06354
50 NEWTOWN ROAD, DANBURY, CT 06810
65 LASALLE ROAD, WEST HARTFORD, CT 06107

January 29, 2008

**ATTORNEY-CLIENT COMMUNICATION**
**PRIVILEGED AND CONFIDENTIAL**

Mr. Dana Adams, 15119-014
FCI Cumberland
Cumberland, MD 21501-1000

Re:    United States vs. Dana Adams - Case No.: 3:03 CR 107 (SRU)

Dear Mr. Adams:

I am in receipt of your correspondence (a copy of which is enclosed.) Pursuant to my letter of March 31, 2004, my representation of you, under the Criminal Justice Act (CJA), concluded with your Sentencing.

Should you wish to pursue any legal redress under these circumstances, you may proceed *Pro Se* or contact the United States District Court in the District of Connecticut and apply *in forma pauperis* for new court-appointed counsel, if you cannot afford private counsel. Were the Court to re-appoint me under the CJA, it would be my pleasure to represent you again. The U.S. District Court address is United States District Court, Clerk / CJA Appointment, 450 Main Street, Hartford, CT 06103.

Very truly yours,

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.

Alan J. Sobol

AJS/nf
Enclosure