UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. |
| v. | : | 3:02 CR 00107 (SRU) |
| | : | |
| DANA ADAMS | : | MARCH 24, 2008 |

### MOTION FOR SENTENCE REDUCTION

The Defendant, DANA ADAMS, hereby moves this Court to reduce his sentence pursuant to 18 U.S.C. §3582(c)(2). As grounds for this motion, the Defendant states as follows:

1)      The Defendant was indicted on April 23, 2003 (and arrested on April 25, 2003) for knowingly and intentionally possessing with the intent to distribute, and distribution of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §841(a)(1) and §841(b)(1)(B) and §841(b)(1)(C) on two (2) separate occasions.

2)      The undersigned counsel was appointed to represent the Defendant at the presentment in Court held shortly thereafter, and continued to represent Defendant throughout the case pursuant to the Criminal Justice Act. On March 18, 2008, the Court re-appointed the undersigned for purposes of the instant motion for sentence reduction.

3)      On January 9, 2004, the Defendant pleaded guilty to Count Two of the

Indictment, which charged him with knowingly and intentionally possessing with the intent to distribute and distribution of 5 grams or more of crack cocaine.

4) The Pre-Sentence Report ("PSR") determined that Defendant's base offense level was 26. Defendant's offense level was reduced by 3 levels for his acceptance of responsibility. His resulting offense level was 23.

5) The Defendant had ten (10) criminal history points, resulting in a criminal history category of V.

6) These calculations resulted in a Guideline range of 84 to 105 months.

7) In March, 2004, the Court sentenced the Defendant to a term of incarceration of 72 months, having departed downward from the applicable Guidelines range.

8) Defendant is currently incarcerated at FCI Cumberland, Cumberland, Maryland, and, according to the attached record from the Bureau of Prisons website, is due to be released on November 23, 2008.

9) In December, 2007, the U.S. Sentencing Commission determined that amendments to the Guideline ranges for cases involving crack cocaine will be applied retroactively, effective March 3, 2008.

10) As set forth in the Government's Notice to the Court of the Defendant's Eligibility for a Sentence Reduction under 18 U.S.C. §3582 dated February 12, 2008, the

amendments benefit the Defendant in this case. His newly calculated base offense level is 24, which, with the adjustments noted above, result in a total offense level of 21. With his criminal history category remaining at V, his Guidelines range under the amended Guidelines should be 70 to 87 months.

11) The bottom of the Guidelines range at the time of the Defendant's original sentencing was 84 months, and the Court departed downwards and issued a sentence of 72 months. This is a 14% reduction (from 84 months to 72 months) of the Defendant's Guidelines range. If this same 14% reduction is applied to the low-end of the Defendant's amended Guidelines range, 70 months, then the Defendant is entitled to a reduced sentence of 60 months and is eligible for immediate release. The United States Probation Office PSR Addendum dated March 1, 2008 reflects the foregoing and notes a Revised Projected Release Date of February 23, 2008.

12) Defendant has no history of violence that would preclude the Court from applying the amended Guidelines. The PSR Addendum dated March 1, 2008 notes the Defendant has received one disciplinary report for stealing but that he has had no other issues during his period of incarceration. The Defendant reports that an updated Bureau of Prisons Progress Report will be forwarded to the United States Probation Office. The Defendant reports that the progress report should reflect his good conduct, prison jobs and

participation in the 500-hour drug program during his incarceration, (see attached Inmate Education Data Transcript.)

13)   Moreover, the U.S. Supreme Court's recent decision in Kimbrough v. United States, 128 S. Ct. 558 (2007), affords the Court the opportunity to consider a sentence even below the amended Guideline range.

14)   As a result, the Defendant should be eligible for, at a minimum, a sentence of 60 months, which enables him to be immediately released from prison.

15)   In light of these developments in the law and the operative facts pertaining thereto, the Defendant is entitled to a reduced sentence of 60-months and is eligible for immediate release.

**WHEREFORE,** the Defendant respectfully requests that his sentence be reduced to a sentence of 60-months and that he be designated as eligible for immediate release.

Respectfully Submitted,
Defendant, Dana Adams

By: /s/ Alan J. Sobol
Alan J. Sobol, Fed. Bar No. ct00955
O'CONNELL FLAHERTY & ATTMORE LLC
280 Trumbull Street, 23rd Floor
Hartford, CT 06103-3598
Telephone: (860) 548-1300
Facsimile: (860) 548-0023
Email: asobol@ofalaw.com

4

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion for Sentence Reduction was served by mail to the following parties and counsel of record this 24th day of March 2008 as follows:

Raymond F. Miller
Assistant United States Attorney
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510

Michael P. Rafferty
United States Probation Officer
450 Main Street, Room 735
Hartford, CT 06103

_____
Alan J. Sobol



| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected | Location |
|---|---|---|---|---|---|---|
| 1. DANA ADAMS | 15119-014 | 37 | Black | M | 11-23-2008 | CUMBERLAND FCI |

ID Search Criteria: Inmate Register Number 15119-014

New Search | FAQs | Privacy                    Results 1 - 1 of 1

Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information
Accessibility | Browser Requirements | Disclaimer | DOJ Legal Policies
Privacy Policy | Search | Site Map

```
CUMGA            *         INMATE EDUCATION DATA        *     03-10-2008
PAGE 001         *              TRANSCRIPT              *       14:12:50

REGISTER NO: 15119-014     NAME..: ADAMS                    FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: CUM-CUMBERLAND FCI

------------------------------ EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME  STOP DATE/TIME
CUM  ESL HAS    ENGLISH PROFICIENT          06-01-2004 0951  CURRENT
CUM  GED HAS    COMPLETED GED OR HS DIPLOMA 03-28-2006 1330  CURRENT

------------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV HRS
CUM DRG    RDAP PM                      08-17-2007  CURRENT
CUM DRG    VT CARPENTRY                 04-13-2007  03-10-2008  P   C  M  539
CUM        VICTIM IMPACT COUNSELING GP  01-17-2008  01-17-2008  P   C  P    2
CUM        RELEASE PROCEDURES           09-26-2007  09-26-2007  P   C  P    2
CUM        VICTIM IMPACT COUNSELING GP  09-21-2007  09-21-2007  P   C  P    2
CUM        EMPLOYMENT SKILLS            06-05-2007  08-16-2007  P   C  P   40
CUM        MAVIS BEACON TYPING          05-21-2007  08-03-2007  P   C  P.  40
CUM        EMPLOYMENT SKILLS            06-05-2007  06-15-2007  P   C  P   40
CUM        COMPUTER BASIC TYPING        02-16-2007  04-13-2007  P   C  P   40
CUM        CARP 730(EXPL)               02-21-2007  04-13-2007  P   C  E  115
ALF        RPP USPO/SUPERVISION REQ.    09-29-2006  09-29-2006  P   C  P    1
ALF        BEGINNERS SPINNING           06-26-2006  08-09-2006  P   C  P    4
ALF        SMALL BUSINESS START-UP III  04-11-2006  06-13-2006  P   C  P   20
ALF        GED 12:30-2:30 PM (ENGEL)    03-30-2005  03-28-2006  P   C  P  342
ALF        RPP ALCOHOL&NARCOTICS ANNONYMO 03-15-2005 08-24-2005 P   C  P   15
ALF        RPP DRUG ABUSE PROGRAM       09-20-2005  11-01-2005  P   C  P   30
ALF        PEAK PERFORMANCE IN NUTRITION 04-14-2005 06-16-2005  P   C  P   20
ALF        LEGAL RESEARCH III           04-15-2005  06-17-2005  P   C  P   20
ALF        KEYBOARDING                  04-12-2005  06-15-2005  P   C  P   20
FAI        GOAL SETTING                 07-30-2004  10-12-2004  P   C  P.  15
FAI        GED/SMITH/1400-1530,MTWTH    06-27-2004  12-22-2004  P   W  I   84

-------------------------------- HIGH TEST SCORES ----------------------------
TEST        SUBTEST        SCORE    TEST DATE    TEST FACL   FORM    STATE
ABLE        LANGUAGE        9.0     05-25-2005    ALF         E
            NUMBER OPR      9.3     11-17-2004    FAI         E
            PROB SOLV      11.1     11-17-2004    FAI         E
            READ COMP      13.0     11-17-2004    FAI         E
            SPELLING       13.0     11-17-2004    FAI         E
            VOCABULARY     11.7     11-17-2004    FAI         E
GED         AVERAGE       518.0     02-27-2006    ALF         PASS     PA
            LIT/ARTS      650.0     02-27-2006    ALF         ID       PA
            MATH          420.0     02-27-2006    ALF         ID       PA
            SCIENCE       530.0     02-27-2006    ALF         ID       PA
            SOC STUDY     460.0     02-27-2006    ALF         ID       PA
            WRITING       530.0     02-27-2006    ALF         ID       PA
GED PRAC    LIT/ARTS      580.0     01-26-2006    ALF         PC
            MATH          470.0     01-26-2006    ALF         PC
            SCIENCE       540.0     01-26-2006    ALF         PC
            SOC STUDY     500.0     01-26-2006    ALF         PC

G0002         MORE PAGES TO FOLLOW . . .
```

```
CUMGA              *        INMATE EDUCATION DATA        *      03-10-2008
PAGE 002 OF 002    *              TRANSCRIPT             *      14:12:50

REGISTER NO: 15119-014    NAME..: ADAMS                     FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: CUM-CUMBERLAND FCI

------------------------------ HIGH TEST SCORES ------------------------------
TEST            SUBTEST         SCORE     TEST DATE      TEST FACL   FORM      STATE
GED PRAC        WRITING         480.0     01-26-2006     ALF         PC
```

G0000          TRANSACTION SUCCESSFULLY COMPLETED