AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut _____

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:02cr107 (SRU) |
| Dana Adams ) | USM No: 15119-014 |
| Date of Previous Judgment: March 30, 2004 ) | Alan J. Sobol |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __72 months__ months **is reduced to** __time served__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __23__         Amended Offense Level: __21__
Criminal History Category: __V__        Criminal History Category: __V__
Previous Guideline Range: __84__ to __105__ months    Amended Guideline Range: __70__ to __87__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  The previous term of imprisonment imposed was less than the guideline range as a result of a departure.  The reduced sentence is somewhat longer than a comparable departure in order to permit the defendant to complete the 500-hour substance abuse treatment program.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __3/30/2004__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  __April 3, 2008__                          __/s/ Stefan R. Underhill__
                                                              Judge's signature

Effective Date: __May 24, 2008__                   Stefan R. Underhill, United States District Judge
        (if different from order date)                     Printed name and title